December 15, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF
E.C.

NO. 14-15-00362-CV

_____

This cause, an appeal from the order for temporary in-patient mental health services, signed April 15, 2015, was heard on the transcript of the record.  We **DISMISS** the appeal as moot.

We order E.C. to pay all costs incurred in this appeal.

We further order this decision certified below for observance.